Clerk's Office
Filed Date: 9/23/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

F. #2012R01675

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------X

UNITED STATES OF AMERICA

-against-

IRA ALEXANDER MCCOWN,

Defendant.

----------------------------X

MOTION TO DISMISS INFORMATION

16 CR 232 (ILG)

JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Shannon C. Jones, Assistant United States Attorney, hereby moves to dismiss the information, Criminal Docket No. 16-232, against IRA ALEXANDER MCCOWN – the defendant named herein – because MCCOWN died.

Dated:   Brooklyn, New York
         September 21, 2021

_____/s/_____
Shannon C. Jones
Assistant U.S. Attorney